UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHELSEA LEE TICHVON,

Case No. HL 08-03599

Debtor.
_____/

## ORDER APPROVING POST-CONFIRMATION AMENDMENT TO PLAN (DN 53)

At a session of said Court of Bankruptcy, held in and for said district on    SEP 1 5 2009    .

PRESENT:    HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On September 5, 2009, Debtor filed a document entitled "First Amended Chapter 13 Plan." The Chapter 13 Trustee has consented to the relief requested.

Debtor's September 5, 2009 plan amendment is APPROVED.

_____  9/15/09
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Karl A.H. Bohnhoff, Esq.
Mary K. Viegelahn, Ch. 13 Trustee